UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VIET Q. HUYNH a/k/a JIM HUYNH and TO THUY HUYNH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.: 3:13-CV-325-TAV-CCS ) |
| STATE FARM FIRE AND CASUALTY CO., | ) ) ) |
| Defendant. | ) |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley, Jr., on February 24, 2014 [Doc. 8]. In the R&R, Magistrate Judge Shirley recommended that the Court grant Plaintiffs' Motion to Remand [Doc. 6]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 8]. Therefore, Plaintiffs' Motion to Remand [Doc. 6] is **GRANTED**, and this case is hereby **REMANDED** to the Circuit Court for Knox County.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE